IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEWIS RASMUSSEN,

       Petitioner,                 No. CIV S-07-2152 LKK KJM P

   vs.

D.K. SISTO, Warden,

       Respondent.           ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1]

       Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Respondent is directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer

---

[1] The court issued an order on October 22, 2007, directing petitioner to pay the filing fee or submit an application to proceed in forma pauperis. On November 6, 2007, petitioner returned the in forma pauperis paperwork, but notified the court that he had sent the filing fee with the writ. He is correct. The receipt inadvertently had not been docketed.

1

shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases.  Because this petition challenges a denial of parole, the relevant documents should include the transcript of the January 6, 2006 parole hearing[2] and any documents, reports or letters considered by the panel;

      2.  Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

      3.  If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

      4.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  January 15, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[2] If respondent agrees that the transcript and other records attached as an exhibit to the petition are complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer.