UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEWIS RASMUSSEN,<br><br>Petitioner,<br><br>v.<br><br>D.K. SISTO,<br><br>Respondent. | 2:07-cv-02152-NRS<br><br>ORDER |

Petitioner Rasmussen is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Rasmussen challenges the decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. After Rasmussen's petition, the Ninth Circuit Court of Appeals granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008), which may directly impact Rasmussen's petition. Accordingly, on December 30, 2009, this court ordered the parties to show cause why this action should not be administratively stayed pending the Ninth Circuit's resolution of *Hayward*.

Respondent filed his response on January 12, 2010, arguing that this action should be stayed pending resolution of *Hayward*.  Petitioner filed his response on January 21, 2010.  Petitioner argues that, notwithstanding the pendency of *Hayward*, this court should act on his petition.

However, the BPH has found Petitioner unsuitable for parole and the issues raised in his petition involve the sufficiency of evidence to support the state's denial of his parole.  The decision in *Hayward* could directly impact his claim.  Accordingly, IT IS HEREBY ORDERED that this action be administratively stayed pending the Ninth Circuit's decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008).

DATED:   **January 26, 2010**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge